JaDell Houston Kingfisher
Jefferson Co. Downtown Jail
1001 Pearl St. Suite 101
Beaumont, Tx 77701

3-9-20

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 12 2020
BY
DEPUTY_____

United State District Court
For The Eastern District of Texas

United States of America
vs.
JaDell Houston Kingfisher

Case No: 0540 1:19CR00014-2
Notice of Appeal

Come now The Defendant, JaDell Houston Kingfisher, Pro Se, and hereby gives notice of Appeal from the Judgment and Sentence imposed by this Court on MARCH 06, 2020

Respectfully Submitted this 9th Day of MARCH, 2020

X /s/ JaDell H. Kingfisher

Copy mailed this 9th Day of March, 2020 to Each of the following:
Michelle Suzanne Englade
350 Magnolia Suite 150
Beaumont, Tx 77701

Court Clerk                                         3-9-20

I hereby am giving A Notice of Appeal. I would ASK that the Courts Appoint an Appeal lawyer to my Case And not the Court Appointed I had, Do to the problems that I had with him.

Thank You & Have A great Day

x [signature]

JaDell Kingfisher #2830578
Jefferson Co. Downtown Jail
1001 Pearl St Suite 101
Beaumont TX 77701

NORTH HOUSTON TX
09 MAR 2020 PM 6 L

FOREVER / USA

Inmate Correspondence

Clerk of Courts
United States District Court
300 Willow St. Suite 104
Beaumont, TX 77701